IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JEANETTE AVILA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | EP-06-CA-328-DB |
| | § | |
| WASHINGTON MUTUAL CARD | § | |
| SERVICES, | § | |
|     Defendant. | § | |

### ORDER

On this day, the Court *sua sponte* considered the above-captioned cause.

On December 5, 2006, the Court entered an Order staying the proceedings in this civil cause of action pending arbitration. After due consideration, the Court is of the opinion that this cause should be administratively closed until the Court lifts the stay.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **ADMINISTRATIVELY CLOSED** until further order of the Court.

**SIGNED** this **2nd** day of **October, 2007**.

THE HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE